CLOSED

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

United States of America

v.

**Miguel Juarez-Martinez**

Citizen of Mexico

USM#: 72812208     DOB: 1970

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No. 07-10667-001M-SD

Juan Rocha (AFPD)
Attorney for Defendant

ICE#: A72 277 624

**THE DEFENDANT ENTERED A PLEA OF** guilty on 10/17/2007 to Count TWO of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count TWO of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of NINETY (90) DAYS on Count TWO, with credit for time served.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted     **FINE:** $     **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count TWO of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

07-10667-001M-SD                                                                 Page 2 of 2
USA vs. Miguel Juarez-Martinez

Date of Imposition of Sentence: **Wednesday, October 17, 2007**

_____  Date 10/17/2007_____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on_____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

                                                        By:_____
_____
United States Marshal                                   Deputy Marshal
07-10667-001M-SD -

UNITED STATES DISTRICT COURT　　　　　　　　　　　　　　　MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: __10/17/2007__　　　CASE NUMBER: __07-10667-001M-SD__

## PLEA/SENTENCING MINUTES
USA vs. __Miguel Juarez-Martinez__

U.S. MAGISTRATE JUDGE: __JAY R. IRWIN__  Judge #: __70BK__
U.S. Attorney _____  INTERPRETER REQ'D __Ricardo Gonzalez__
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　LANGUAGE: __Spanish__
Attorney for Defendant __Juan Rocha (AFPD)__

　　DEFENDANT: ☒ PRESENT　☐ NOT PRESENT　☐ RELEASED　☒ CUSTODY

　　DOA __10/16/07__　　　☒ Complaint Filed　　　☒ Appointment of counsel hearing held
　　☐ Financial Afdvt taken　　☒ No Financial Afdvt taken　　☐ Financial Afdvt sealed
　　☒ Initial Appearance

**DETENTION HEARING:**　　☐ Held　☐ Cont'd　☐ Reset　☐ UA
Set for:　before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)　☐ Bail set at $_____
☐ Defendant continued detained pending trial　☐ Flight Risk　☐ Danger

**PLEA HEARING:**　　☒ Held　☐ Cont'd　☐ Reset
Set for:　before:
☐ Consent to be tried by a Magistrate Judge signed　☐ Class A Misd　☐ Class B Misd　☐ Class C Misd
☐ Consent of Defendant　☐ Information filed _____　☐ Complaint filed _____
☒ Defendant sworn and examined by the Court　☒ Plea of Guilty　☐ Not Guilty　☒ Entered to Counts __TWO__
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) __TWO__ of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED　☐ EXPEDITED　☒ PSI waived　☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☒ To be dismissed upon entry of the judgment, Ct(s) __ONE__
☒ ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence　☒ remanded to USM

**SENTENCING:**
☒ Defendant committed to Bureau of Prisons for a period of __90 Days__　☐ Probation/Supervised Release for _____
☒ Special Assessment $ __REMITTED__　☐ Fine $_____　☐ Restitution $_____
Other: _____

　　　　　　　　　　　　　　　　　　　　　　　　　RECORDED: __CS__
　　　　　　　　　　　　　　　　　　　　　　　　　BY:  Jocelyn M. Arviso, Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Miguel JUAREZ-Martinez
Citizen of Mexico
YOB: 1970
A72 277 624
Illegal Alien

**CRIMINAL COMPLAINT**

CASE NUMBER: 07-10667M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about September 28, 2007, Defendant Miguel JUAREZ-Martinez was arrested and removed from the United States to Mexico through the port of San Ysidro, California, in pursuance of law, and thereafter on or about October 16, 2007, Defendant was found in the United States near Andrade, California within the Southern District of California, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

### COUNT II

That on or about October 16, 2007, within the Southern District of California, Defendant Miguel JUAREZ-Martinez, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.   ☒ Yes  ☐ No

Signature of Complainant
Nicholas Kingston
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

__October 17, 2007__   at   __Yuma, Arizona__
Date                              City and State

__Jay R. Irwin, U.S. Magistrate__
Name & Title of Judicial Officer            Signature of Judicial Officer

# STATEMENT OF FACTUAL BASIS

Defendant: Miguel JUAREZ-Martinez

Dependents: 2 USC

**IMMIGRATION HISTORY:** The Defendant was last removed through San Ysidro, California on September 28, 2007.

**CRIMINAL HISTORY:**

| DATE/LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| 8/13/94 | Salinas, CA | Possess Narc Control Sub | Probation Reinstated |
| 11/23/95 | Salinas, CA | Poss Narcotic Control Sub | No Dispo |
| 4/22/96 | West Covina, CA | Poss Narc Control Sub-F | No Dispo |
| 4/22/96 | West Covina, CA | Poss Control Sub Parapher | 10 Days Jail, 3 Yrs Prob |
| 11/14/96 | Norwalk, CA | Poss Narc Control Sub-F | Pros Rel-Det Only- Lack Suf |
| 11/20/96 | Salinas, CA | Poss C/Sub | No Dispo |
| 8/05/97 | West Covina, CA | Inflict Corporal Inj Spouse Cohab | 60 Days Jail, 3 Years Prob |
| 3/03/99 | Sacramento, CA | Poss Narcotic Cntl Sub | No Dispo |
| 6/26/99 | Norwalk, CA | Child Cruelty, Pos Inj/Dth | No Dispo |
| 6/26/99 | Norwalk, CA | Des W/ Int To Abandon-14 | No Dispo |
| 10/03/01 | Norwalk, CA | Inflict Corporal Inj Sps Coh | Convicted Prob/Jail |
| 11/28/01 | Salinas, CA | Poss Narcotic Cntl Sub | No Dispo |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on October 16, 2007.

Charges: 8 USC§1326 (Felony)
8 USC§1325 (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

October 17, 2007
_____
Date                         Signature of Judicial Officer